GEORGE H. GILLELAND, Respondent, *v.* JOSEPH L. GREA-SON et al., Copartners under the Firm Name of GREA-SON, SON & DALZELL, Appellants.

*Gilleland* v. *Greason*, 156 App. Div. 46, affirmed.
(Submitted June 8, 1915; decided July 13, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered April 3, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants. The complaint alleged that while plaintiff herein was engaged in performing certain work in connection with the construction of the Fourth avenue subway at Fourth avenue and Twenty-eighth street, in the borough of Brooklyn, city of New York, and was assisting to raise a timber from the excavation at that point, one of defendants' said trucks was driven into and against the end of the said timber which projected from the excavation, so that the other end swung around and struck the plaintiff and precipitated him to the bottom of the said excavation, all without any fault of the plaintiff and through the negligence of the defendants, and each of them, their agents, servants and employees, and the negligent and reckless manner in which the said truck was driven.

*Joseph N. Tuttle* and *Jeremiah J. Coughlan* for appellants.

*Arthur J. Levine* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, MILLER and CARDOZO, JJ.